# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00702-CV

**Shakeel Mustafa, Appellant**

**v.**

**Pakiza Asim, Appellee**

## FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
## NO. 11-0061-FC1, THE HONORABLE JOE CARROLL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due February 21, 2018. On counsel's motions, the time for filing was extended to May 23, 2018. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than June 22, 2018. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on May 11, 2018.

Before Chief Justice Rose, Justices Goodwin and Field